UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

PNC BANK, N.A.                                                                                          PLAINTIFF

v.                                                                          CIVIL ACTION NO. 3:09CV-525-S

DOUGLAS T. BREEDEN                                                                                   DEFENDANT

## MEMORANDUM OPINION

This matter is before the court on motion of the plaintiff, PNC Bank, N.A., successor to National City Bank, for summary judgment (DN 10).

On June 19, 2009, the plaintiff filed suit in the Jefferson County, Kentucky, Circuit Court seeking to recover on two past due commercial notes executed and delivered to the bank by the defendant, Douglas T. Breeden. Breeden removed the action to this court, then moved for a transfer of venue to the Middle District of North Carolina. The court denied the motion (DN 7). Shortly thereafter, Breeden answered the complaint and did not deny or otherwise defend of the allegations establishing breach of the notes.

In response to the motion for summary judgment, Breeden states only that the court should have transferred the action to the Middle District of North Carolina.

PNC Bank's motion for summary judgment is supported by the loan documents and the affidavit of Guy Spalding, Vice President of PNC Bank. Spalding attests that Breeden defaulted on the notes, payment was demanded, and Breeden remains in default. He determined that as of November 19, 2009, the amount due on the commercial note executed by Breeden on November 30, 2006 was a principal balance of $7,012,500.00, interest of $551,346.13, and late charges of $6,399.49 totaling $7,570,245.62. He determined that as of November 19, 2009, the amount due on the commercial note executed by Breeden on January 31, 2008 was a principal balance of

$1,646,372.00, interest of $64,665.83, and late charges of $712.28 totaling $1,670,593.71. Breeden has not contested these totals.

Therefore, the motion of the plaintiff, PNC Bank, N.A., for summary judgment will be granted. The tendered order of the plaintiff will be entered this date.

**IT IS SO ORDERED.**